UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE M. ALVARADO, </br></br> Plaintiff, </br></br> v. </br></br> MICHAEL J. ASTRUE, Commissioner of Social Security, </br></br> Defendant. | Case No. EDCV 08-116 JC </br></br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: March 19, 2009

                                           /s/ </br>
                             Honorable Jacqueline Chooljian </br>
                             UNITED STATES MAGISTRATE JUDGE